```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | CRIMINAL ACTION |
| v. | : | NO. 00-419-04 |
|  | : | |
| DENNIS JENKINS | : | |

### **O R D E R**

**AND NOW,** this **22st day of May 2009,** it is hereby **ORDERED** that, for the reasons set forth in the Court's memorandum dated May 21, 2009, the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (doc. no. 580) is hereby **DENIED.**

**AND IT IS SO ORDERED.**

<u>S/Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO, J.**